AO 91 (Rev. 11/11) Criminal Complaint                                                               AUSA DEVILLERS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Dominic K Thompson | ) Case No. 2:18-mj-635 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 20, 2018__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC Section 841(a)(1) | Possession with intent to distrubute Cocaine |
| Title 21 USC Section 841(a)(1) | Possession with intent to distrubute Cocaine Base |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S Chappell  ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 23, 2018

City and state: Columbus Ohio

_____
*Judge's signature*

Kemberly A Jolson, US Magistrate Judge
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Dominic K Thompson**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about June 20, 2018 a plain clothes Columbus Police Officer Kirk, observed a black Mercedes with OH tag HLP2104 leaving a house located at E Hudson St and McGuffey Rd. Officer Kirk had prior knowledge that the occupants of the house engaged in narcotics and gang activity. Officer Kirk observed the vehicle drive a short distance to a market located near the home. Officer Kirk observed a male he recognized as Dominic K THOMPSON (hereinafter THOMPSON) exit the driver's door of the Mercedes.

3. Officer Kirk working with uniformed Columbus Police Officers checked the status of THOMPSON's license. THOMPSON's license was suspended with limited privileges. Officers believed that THOMPSON was driving outside of his privileges. THOMPSON's address was listed as 841 E 18th Ave. Which was not the address he left from or the address he drove to.

4. THOMPSON got back into the driver's seat of the vehicle and drove south on Jefferson St and then east in an alley south of Hudson St. A marked Columbus Police unit was behind THOMPSON's vehicle.

5. THOMPSON parked the vehicle and quickly exited it. A male exited the passenger side and ran into a nearby residence. Officers approached THOMPSON and advised that he was driving outside of his privileges. Officers looked into the passenger compartment and observed a scale with white powder residue sitting on the drivers' seat. Officers conducted a pat down of THOMPSON for weapons.

6. Columbus Police Officer Byrge felt a bag contacting a large rock substance in THOMPSON groin area. Officer Byrge believed this substance to be narcotics. THOMPSON was placed under arrest for driving with a suspended license. Officer Byrge then searched THOMPSON and found $10,000.00 in US currency in one pocket and $495.00 in US currency in another.

7. On or about July 23, 2018 the Columbus Police Crime Laboratory determined that the narcotics recovered from THOMPSON were 31.136 grams of cocaine base commonly referred to as crack cocaine and 14.760 grams of cocaine. After being told that taking narcotics in to the county jail would result in additional charges THOMPSON removed the suspected narcotics from his underwear and gave it to the arresting officers.

8. After being read his rights THOMPSON stated that a male he knows as Josh was the one who ran from the vehicle. THOMPSON stated that Josh had thrown the narcotics to him before he ran and

**PROBABLE CAUSE AFFIDAVIT**
**Dominic K Thompson**

THOMPSON then but the narcotics down his pants. THOMPSON stated the money was to purchase a vehicle.

9. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

10. Based on this information, your affiant believes probable cause exists that THOMPSON possessed with the intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. 841(a)(1).

_____
ATF Task Force Officer Samuel Chappell

Sworn to and subscribed before me this day of 23rd, August, 2018, at _____ Columbus, Ohio.

_____
U.S. MAGISTRATE JUDGE